New York Casualty Company, Respondent, *v.* Peter R. Kuhn et al., Appellants.

Submitted June 1, 1948; decided July 16, 1948.

*James F. Donnelly* and *Louis B. Davidson* for motion.
*Walter Higgins* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not determine the action within the meaning of the Constitution.